EDWIN M. POST et al., Appellants, *v.* EDWARD R.
THOMAS et al., Respondents.

*Post v. Thomas,* 160 App. Div. 883, affirmed.
(Argued March 27, 1917; decided April 17, 1917.)

APPEAL from a judgment of the Appellate Division
of the Supreme Court in the first judicial department,
entered July 31, 1914, affirming a judgment in favor of
defendants entered upon the report of a referee in an
an action to recover for an alleged breach by the defend-
ants of a contract whereby they undertook and assumed
to sell and transfer to the plaintiffs, partners in the
the brokerage business under the firm name of Post
& Co., the business theretofore conducted as a broker-
age, in the city of New York, under the firm name of
Thomas & Thomas, together with the good will of that
business, for the sum of $24,000 in cash paid them
by the plaintiffs and the assumption by the plain-
tiffs of the accounts to be transferred with said busi-
ness, and with a warranty by the defendants that
such business should be worth in commissions to the
plaintiffs at least $24,000 per year. The defendants
answered separately, admitting the contract in some
particulars and denying in others, and alleging that the
contract was comprised in a written instrument annexed
to their answers, and denying any breach or damage. The
defendant Orlando F. Thomas also set up, in his own
behalf, an allegation of settlement and discharge of all his
liability.

*William G. Wilson* for appellants.

*Edward L. Blackman* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: HISCOCK, Ch. J., CHASE, HOGAN, POUND,
CRANE and ANDREWS, JJ. Not sitting: McLAUGHLIN, J.